No. 18, Original. STATE OF OKLAHOMA *v.* STATE OF TEXAS. Leave to file stipulation and petition in intervention submitted February 26, 1923. Order entered March 5, 1923. It is ordered that the petition in intervention of John Tah Hah et al. be filed in accordance with the stipulation that the evidence introduced in said cause by any of the parties shall be taken as evidence as to these interveners, and that the rights of said interveners may be determined by the decree to be rendered herein. *Mr. Henry E. Asp* for interveners. *Mr. W. W. Dyar,* Special Assistant to the Attorney General, for the United States.

---

No. 716. AMERICAN TRUST COMPANY *v.* S. S. McNINCH ET AL. Error to the Supreme Court of the State of North Carolina. Motion to dismiss or affirm submitted February 20, 1923. Decided March 5, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Thomas* v. *Iowa,* 209 U. S. 258, 263; *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.,* 228 U. S. 326, 331, 333; *Bowe* v. *Scott,* 233 U. S. 658, 664–665; (2) *McCorquodale* v. *Texas,* 211 U. S. 432, 437; *St. Louis & San Francisco R. R. Co.* v. *Shepherd,* 240 U. S. 240, 241; *Mergenthaler Linotype Co.* v. *Davis,* 251 U. S. 256, 258– 259; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 6–7. *Mr. John M. Robinson* for plaintiff in error. *Mr. William P. Bynum, Mr. W. Cleveland Davis* and *Mr. John J. Parker* for defendants in error. [See *post,* 618.]